B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Impastato, Melanie Kay** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Impastato, David Michael** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3617** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3091** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2334 Collins Court**<br>**Batavia, IL**<br><div align="right">ZIP Code<br>**60510**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2334 Collins Court**<br>**Batavia, IL**<br><div align="right">ZIP Code<br>**60510**</div> |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business:<br>**Kane** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Piper Glen GolfCourse**<br>**7112 Piper Glen Drive**<br>**Springfield, IL 62711** |

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>□ Health Care Business<br>□ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>■ Chapter 7<br>□ Chapter 9     □ Chapter 15 Petition for Recognition<br>□ Chapter 11          of a Foreign Main Proceeding<br>□ Chapter 12<br>□ Chapter 13     □ Chapter 15 Petition for Recognition<br>                  of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>□ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>□ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br><br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**    *** John S. Biallas 00203890 ***

□ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| □<br>1-<br>49 | ■<br>50-<br>99 | □<br>100-<br>199 | □<br>200-<br>999 | □<br>1,000-<br>5,000 | □<br>5,001-<br>10,000 | □<br>10,001-<br>25,000 | □<br>25,001-<br>50,000 | □<br>50,001-<br>100,000 | □<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| □<br>$0 to<br>$50,000 | □<br>$50,001 to<br>$100,000 | □<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | □<br>$1,000,001<br>to $10<br>million | □<br>$10,000,001<br>to $50<br>million | □<br>$50,000,001<br>to $100<br>million | □<br>$100,000,001<br>to $500<br>million | □<br>$500,000,001<br>to $1 billion | □<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| □<br>$0 to<br>$50,000 | □<br>$50,001 to<br>$100,000 | □<br>$100,001 to<br>$500,000 | □<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | □<br>$10,000,001<br>to $50<br>million | □<br>$50,000,001<br>to $100<br>million | □<br>$100,000,001<br>to $500<br>million | □<br>$500,000,001<br>to $1 billion | □<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Impastato, Melanie Kay**<br>**Impastato, David Michael** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Impastato, Melanie Kay**<br>**Impastato, David Michael** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Melanie Kay Impastato**
Signature of Debtor  **Melanie Kay Impastato**

X **/s/ David Michael Impastato**
Signature of Joint Debtor **David Michael Impastato**

Telephone Number (If not represented by attorney)

**September 22, 2015**
Date

### Signature of Attorney*

X **/s/ John S. Biallas**
Signature of Attorney for Debtor(s)

**John S. Biallas 00203890**
Printed Name of Attorney for Debtor(s)

**John S. Biallas, Attorney At Law**
Firm Name

**3N918 Sunrise lane**
**St. Charles, IL 60174**

Address

                                                        **Email: jsb70@comcast.net**
**630-513-7878  Fax: 630-578-0426**
Telephone Number

**September 22, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Melanie Kay Impastato**
**David Michael Impastato**

Case No. _____

Debtor(s)     Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Melanie Kay Impastato**
                                **Melanie Kay Impastato**

Date:   **September 22, 2015**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Melanie Kay Impastato**
       **David Michael Impastato**

                             Debtor(s)

Case No. _____

Chapter   **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

 ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

 ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

 ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ David Michael Impastato**
        **David Michael Impastato**

Date: **September 22, 2015**

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Melanie Kay Impastato,**
       **David Michael Impastato**

                             Debtors

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 375,000.00 | | |
| B - Personal Property | Yes | 4 | 481,331.42 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 428,076.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 3,278,006.78 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 2 | | | 18,864.87 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 12,541.54 |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| | Total Assets | | 856,331.42 | | |
| | | Total Liabilities | | 3,706,082.78 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Melanie Kay Impastato,**
         **David Michael Impastato**

Case No. _____

_____ ,
                                      Debtors

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Melanie Kay Impastato,**                                                                   Case No. _____
        **David Michael Impastato**

                                            _____,
                                                              Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Home**<br>**Location: 2334 Collins Court, Batavia IL 60510** | | J | 375,000.00 | 324,382.00 |

|  | | Sub-Total > | 375,000.00 | (Total of this page) |
|---|---|---|---|---|
|  | | Total > | 375,000.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Melanie Kay Impastato,**
   **David Michael Impastato**

Case No. _____

,

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **6 rooms of furniture and misc. Hosehold goods** **Location: 2334 Collins Court, Batavia IL 60510** | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing of an adult male and female** **Location: 2334 Collins Court, Batavia IL 60510** | J | 250.00 |
| 7. Furs and jewelry. | | **wedding rings** **Location: 2334 Collins Court, Batavia IL 60510** | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   2,250.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Melanie Kay Impastato,**
    **David Michael Impastato**

Case No. _____

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Fidelity Net Benefits 401k** | J | 370,081.42 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% of the stock in DMI Enterprises, LTD and DMI Properties, Inc.** **both out of business** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >   370,081.42
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Melanie Kay Impastato,**
     **David Michael Impastato**                             Case No. _____

                                  Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Cadillac 2015 SRX 4**<br>**Location: 2334 Collins Court, Batavia IL 60510** | J | 49,000.00 |
| | | **2012 Toyota Corolla**<br>**Location: 2334 Collins Court, Batavia IL 60510** | J | 16,000.00 |
| | | **2015 Chevrolet Tahoe**<br>**Location: 2334 Collins Court, Batavia IL 60510** | J | 40,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Golf clubs, trophies, memorabelia and equipment of a golf Professional**<br>**Location: 2334 Collins Court, Batavia IL 60510** | J | 4,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

                                              Sub-Total >        **109,000.00**
                                            (Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Melanie Kay Impastato,**
       **David Michael Impastato**                                  Case No. _____

                                                                    ,
                                        Debtors
                    **SCHEDULE B - PERSONAL PROPERTY**
                              (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **481,331.42** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re    **Melanie Kay Impastato,**                                           Case No. _____
         **David Michael Impastato**
                                                                    ,
                                    Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **6 rooms of furniture and misc. Hosehold goods** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Location: 2334 Collins Court, Batavia IL 60510** | | | |
| **Wearing Apparel** | | | |
| **Clothing of an adult male and female** | **735 ILCS 5/12-1001(a)** | **250.00** | **250.00** |
| **Location: 2334 Collins Court, Batavia IL 60510** | | | |
| **Furs and Jewelry** | | | |
| **wedding rings** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Location: 2334 Collins Court, Batavia IL 60510** | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Fidelity Net Benefits 401k** | **735 ILCS 5/12-1006** | **370,081.42** | **370,081.42** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Cadillac 2015 SRX 4** | **735 ILCS 5/12-1001(c)** | **4,402.00** | **49,000.00** |
| **Location: 2334 Collins Court, Batavia IL 60510** | | | |
| **2015 Chevrolet Tahoe** | **735 ILCS 5/12-1001(c)** | **398.00** | **40,000.00** |
| **Location: 2334 Collins Court, Batavia IL 60510** | | | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Golf clubs, trophies, memorabelia and** | **735 ILCS 5/12-1001(d)** | **3,000.00** | **4,000.00** |
| **equipment of a golf Professional** | **735 ILCS 5/12-1001(b)** | **1,000.00** | |
| **Location: 2334 Collins Court, Batavia IL 60510** | | | |

|  | Total: | **381,131.42** | **465,331.42** |
|---|---|---|---|

__**0**__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Melanie Kay Impastato,**
      **David Michael Impastato**
                                Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. **xxxxx2774** | | | | Opened 8/21/15 Last Active 9/01/15 | | | | | |
| **Creditor #: 1** **Gm Financial** **Po Box 181145** **Arlington, TX 76096** | H | | | 2015 Cadillac SRX4 | | | | | |
| | | | | Value $          **49,000.00** | | | | 48,811.00 | 0.00 |
| Account No. **xxxxxxx0743** | | | | Opened 11/01/06 Last Active 7/16/15 | | | | | |
| **Creditor #: 2** **Jpm Chase** **Po Box 24696** **Columbus, OH 43224** | | J | | **Single Family Home** **Location: 2334 Collins Court, Batavia IL 60510** | | | | | |
| | | | | Value $          **375,000.00** | | | | 154,881.00 | 0.00 |
| Account No. **xxxxxxxx8530** | | | | Opened 4/30/02 Last Active 8/01/15 | | | | | |
| **Creditor #: 3** **Mortgage Service Cente** **2001 Bishops Gate Blvd** **Mount Laurel, NJ 08054** | | J | | **Single Family Home** **Location: 2334 Collins Court, Batavia IL 60510** | | | | | |
| | | | | Value $          **375,000.00** | | | | 169,501.00 | 0.00 |
| Account No. **xxxx0820** | | | | Opened 7/11/14 Last Active 8/11/15 | | | | | |
| **Creditor #: 4** **West Central Bank** **400 E Buchanan St** **Ashland, IL 62612** | | W | | **2015 Chevrolet Tahoe** **Location: 2334 Collins Court, Batavia IL 60510** | | | | | |
| | | | | Value $          **40,000.00** | | | | 39,602.00 | 0.00 |

   **1**   continuation sheets attached

Subtotal
(Total of this page)    **412,795.00**     **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Melanie Kay Impastato,**
        **David Michael Impastato**                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | W J | J C | | | | | | |
| Account No. **xxxx1099** | | | | | **Opened 4/10/15 Last Active 8/10/15** | | | | | |
| **Creditor #: 5** **West Central Bank** **400 E Buchanan St** **Ashland, IL 62612** | | | W | | **2012 Toyota Corolla** **Location: 2334 Collins Court, Batavia IL 60510** | | | | | |
| | | | | | Value $            **16,000.00** | | | | **15,281.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **15,281.00** | **0.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **428,076.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re    **Melanie Kay Impastato,**                                                      Case No. _____
**David Michael Impastato**
_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>   0   </u>    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Melanie Kay Impastato,**
**David Michael Impastato**                                    Case No. _____
_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 1 Ace Hardware 214 N. Walnut Stree Springfield, IL 62702** | X | J | **Guaranty of Business Debt** | | | | **758.07** |
| Account No. **Creditor #: 2 Acushnet Company Titleist po box 88111 Chicago, IL 60695-1111** | X | J | **Guaranty of Business Debt** | | | | **21,142.00** |
| Account No. **Receivables Management Corp. 400 West Cummings Park ste 4450 Woburn, MA 01801** | | | **Representing: Acushnet Company Titleist** | | | | **Notice Only** |
| Account No. **Creditor #: 3 Agricredit Acceptance LLC po box 14535 Des Moines, IA 50306** | X | J | **Guaranty of Business Debt** | | | | **2,400.00** |

___18___  continuation sheets attached

Subtotal
(Total of this page)       **24,300.07**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      S/N:40357-150826   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Melanie Kay Impastato,**        Case No. _____
      **David Michael Impastato**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Creditor #: 4**<br>**Agro -Logics LLC**<br>**2330 Weldon Parkway**<br>**Saint Louis, MO 63146** | X | J | **Guaranty of Business Debt** | | | | **Unknown** |
| Account No. <br><br>**Creditor #: 5**<br>**AM&E**<br>**606 South Hacienda**<br>**Tempe, AZ 85281** | X | J | **Guaranty of Business Debt** | | | | **843.80** |
| Account No. <br><br>**Creditor #: 6**<br>**Battery Specialists**<br>**800 W. Springfield Rd**<br>**Taylorville, IL 62568** | X | J | **Guaranty of Business Debt** | | | | **13,378.74** |
| Account No. <br><br>**Creditor #: 7**<br>**Big R of Springfield**<br>**2804 North Dirksen PKWY**<br>**Springfield, IL 62702** | X | J | **Guaranty of Business Debt** | | | | **Unknown** |
| Account No. <br><br>**Creditor #: 8**<br>**Buckhart Sand And Gravel**<br>**PO Box 347 Mechanicsburg**<br>**Mechanicsburg, IL 62545** | | J | **Guaranty of Business Debt** | | | | **1,444.00** |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

         Subtotal      **15,666.54**
        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Melanie Kay Impastato,**            Case No. _____
       **David Michael Impastato**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | |
| Account No.<br>**Creditor #: 9**<br>**Buttrey-Wulff-Mamminga Agency**<br>**355 First St. PO Box 580**<br>**Batavia, IL 60510** | X | J | | **Guaranty of Business Debt** | | | | **5,203.00** |
| Account No.<br>**Creditor #: 10**<br>**Callaway Golf**<br>**PO Box 9002**<br>**Carlsbad, CA 92018-9000** | X | J | | **Guaranty of Business Debt** | | | | **4,800.00** |
| Account No.<br>**Creditor #: 11**<br>**Cap America, Inc.**<br>**PO box 840176**<br>**Kansas City, MO 64184** | X | J | | **Guaranty of Business Debt** | | | | **Unknown** |
| Account No. xxxxxxxxxxxx3390<br>**Creditor #: 12**<br>**Capital One**<br>**15000 Capital One Dr**<br>**Richmond, VA 23238** | | H | | **Opened 3/27/02 Last Active 8/24/15**<br>**Credit Card** | | | | **145.00** |
| Account No.<br>**Creditor #: 13**<br>**Chase**<br>**po box 15548**<br>**Wilmington, DE 19886-5548** | X | J | | **Guaranty of Business Debt** | | | | **5,302.00** |

Sheet no. __2__ of __18__ sheets attached to Schedule of           Subtotal              **15,450.00**
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Melanie Kay Impastato,**                                                    Case No. _____
**David Michael Impastato**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 14**<br>**Chase**<br>**PO BOX 24714**<br>**Columbus, OH 43224** | | H | Credit card purchases | | | | 4,764.00 |
| Account No.<br>**Creditor #: 15**<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | J | Credit card purchases | | | | 4,269.78 |
| Account No.<br>**Creditor #: 16**<br>**Chatham Area Chamber of Commerce**<br>**320 N Main Plz.**<br>**Chatham, IL 62629** | | J | Guaranty of Business Debt | | | | 265.00 |
| Account No.<br>**Creditor #: 17**<br>**CheckPoint Tire & Service Center**<br>**23 Cottonwood Drive**<br>**Chatham, IL 62629** | | J | Guaranty of Business Debt | | | | 471.00 |
| Account No.<br>**Creditor #: 18**<br>**cleveland/srixon dept 3355**<br>**Po box 123355 Dallas, tx.**<br>**Dallas, TX 75312-3355** | | J | Guaranty of Business Debt | | | | Unknown |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,769.78**

B6F (Official Form 6F) (12/07) - Cont.

In re **Melanie Kay Impastato,**                                          Case No. _____
        **David Michael Impastato**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Guaranty of Business Debt | | | | |
| **Creditor #: 19** **Coonrod & Associates, PC** **450 N. Main Plz** **Chatham, IL 62629** | | J | | | | | **4,756.00** |
| Account No. | | | Guaranty of Business Debt | | | | |
| **Creditor #: 20** **Cutter & Buck** **PO Box 34855** **Seattle, WA 98124** | | J | | | | | **3,351.59** |
| Account No. | | | Representing: **Cutter & Buck** | | | | |
| **AHUS Global Trade Solutions** **2400 Veteran's Blvd** **Kenner, LA 70062** | | | | | | | **Notice Only** |
| Account No. | | | Guaranty of Business Debt | | | | |
| **Creditor #: 21** **CWLP Cashiers Office Municipal Cent** **300 S. 7th street Room 101** **Springfield, IL 62757-0001** | | J | | | | | **Unknown** |
| Account No. | | | Guaranty of Business Debt | | | | |
| **Creditor #: 22** **Dex One** **PO Box 9001401** **Louisville, KY 40290** | | J | | | | | **Unknown** |

Sheet no. __4__ of __18__ sheets attached to Schedule of          Subtotal          **8,107.59**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Melanie Kay Impastato,**
       **David Michael Impastato**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Creditor #: 23**<br>**Direct TV**<br>**PO Box 6550**<br>**Englewood, CO 80155** | | J | | **Guaranty of Business Debt** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 24**<br>**E & F Distributing Company**<br>**PO Box 970**<br>**Springfield, IL 62705** | | J | | **Guaranty of Business Debt** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 25**<br>**Erb Turf Equipment, Inc.**<br>**1500 Boul Avemue**<br>**Belleville, IL 62226** | | J | | **Guaranty of Business Debt** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 26**<br>**Frontier**<br>**PO box 20550**<br>**Rochester, NY 14602** | X | J | | **Guaranty of Business Debt** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 27**<br>**Gagne Distributing**<br>**1617 W. Spresser**<br>**Taylorville, IL 62568** | X | J | | **Guaranty of Business Debt** | | | | **Unknown** |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Melanie Kay Impastato,**                                    Case No. _____
**David Michael Impastato**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Guaranty of Business Debt | | | | |
| Creditor #: 28 George Alarm Co. 917  South Ninth Springfield, IL 62703 | X | J | | | | | | Unknown |
| Account No. | | | | Guaranty of Business Debt | | | | |
| Creditor #: 29 GORDON FOOD SERVICE DEPT 10490 Palatine, IL 60055-0490 | X | J | | | | | | 109.93 |
| Account No. | | | | Guaranty of Business Debt | | | | |
| Creditor #: 30 Hamiltons Catering Services inc. Box 177 Franklin, IL 62638 | X | J | | | | | | 1,759.00 |
| Account No. | | | | Guaranty of Business Debt | | | | |
| Creditor #: 31 Helena Chemical Company 98324 Collection Center Dr. Chicago, IL 60693 | X | J | | | | | | Unknown |
| Account No. | | | | Guaranty of Business Debt | | | | |
| Creditor #: 32 Hornungs Golf Products, Inc.  P.O. Box 1078 Fond Du Lac, WI 54936 | X | J | | | | | | 161.00 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,029.93

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Melanie Kay Impastato,**
       **David Michael Impastato**                                              Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Guaranty of Business Debt | | | | |
| **Creditor #: 33**<br>**IDES**<br>**PO BOX 3637**<br>**Springfield, IL 62708** | X | J | | | | | 30,000.00 |
| Account No. | | | Guaranty of Business Debt | | | | |
| **Creditor #: 34**<br>**IL National Bank**<br>**322 E. Capitol Ave.**<br>**Springfield, IL 62701** | X | J | | | | | 1,655,092.00 |
| Account No. | | | Guaranty of Business Debt | | | | |
| **Creditor #: 35**<br>**Illinois Meter**<br>**4390 Jeffory St.**<br>**Springfield, IL 62703** | X | J | | | | | 176.61 |
| Account No. | | | Guaranty of Business Debt | | | | |
| **Creditor #: 36**<br>**Irrigation & Turf equipment**<br>**2725 N. State**<br>**PO Box 43**<br>**Iola, KS 66749** | X | J | | | | | 3,349.00 |
| Account No. | | | Guaranty of Business Debt | | | | |
| **Creditor #: 37**<br>**John Deere Financial**<br>**Acct. Dept.-ALP Processing**<br>**PO BOX 6600**<br>**Johnston, IA 50131** | X | J | | | | | 39,000.00 |

Sheet no. __7__ of __18__ sheets attached to Schedule of                          Subtotal           1,727,617.61
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Melanie Kay Impastato,**
        **David Michael Impastato**                                    Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Creditor #: 38**<br>**John Klemm**<br>**7112 Piper Glen Dr. Springfield, IL** | X | J | Guaranty of Business Debt Loan | | | | 54,960.00 |
| Account No.  **Creditor #: 39**<br>**Lynn Bach**<br>**C/O Attorney Jeffrey Kroll**<br>**22 W. Washington St.**<br>**Chicago, IL 60602** | | W | Personal Injury claim | | | | Unknown |
| Account No.  **Creditor #: 40**<br>**Masco Packaging**<br>**306 North Street**<br>**Springfield, IL 62704** | X | J | Guaranty of Business Debt | | | | Unknown |
| Account No.  **Creditor #: 41**<br>**Mel O Cream Donuts**<br>**227 E. Laurel**<br>**Springfield, IL 62704** | X | J | Guaranty of Business Debt/Loan | | | | 79,000.00 |
| Account No.  **Creditor #: 42**<br>**Mickey's Linen**<br>**196 North Dearborn Ave kankakee IL.** | X | J | Guaranty of Business Debt | | | | Unknown |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              133,960.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Melanie Kay Impastato,**                                    Case No. _____
        **David Michael Impastato**
_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Creditor #: 43 Midwest Office Supply 3700 W. Wabash Ave Springfield, IL 62708** | | | J | Guaranty of Business Debt | | | | **Unknown** |
| Account No. **Creditor #: 44 MJ Kellner 5700 International Pkwy, Springfield, IL 62711** | | | J | Guaranty of Business Debt | | | | **Unknown** |
| Account No. **Creditor #: 45 MTI Distributing inc. 1900 P.O. Box 86 Minneapolis, MN 55486** | X | | J | Guaranty of Business Debt | | | | **Unknown** |
| Account No. **Creditor #: 46 Napa auto parts PO box 5066 Rockford, IL 61125** | | | J | Guaranty of Business Debt | | | | **Unknown** |
| Account No. xxxxxxxxxxxxxxxxxx0630 **Creditor #: 47 Navient Po Box 9500 Wilkes Barre, PA 18773** | | H | | Opened  6/30/97  Last Active  6/01/15<br><br>Student loan | | | | **113,000.00** |

Sheet no. __9__ of __18__ sheets attached to Schedule of                    Subtotal                 | **113,000.00**
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Melanie Kay Impastato,**
**David Michael Impastato**
_____,
Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 48 **Creditor #: 48** **Nelson Oil Company, Inc.** **4001 Walnut Street Road** **Springfield, IL 62707** | X | J | | Guaranty of Business Debt | | | | Unknown |
| Account No. 49 **Creditor #: 49** **Neuhoff Media Springfield** **Po Box 6493** **Springfield, IL 62708** | X | J | | Guaranty of Business Debt | | | | 736.00 |
| Account No. 50 **Creditor #: 50** **Noonans Grand Rental** **3031 S. Koke Mill Road** **Springfield, IL 62701** | X | J | | Guaranty of Business Debt | | | | Unknown |
| Account No. 51 **Creditor #: 51** **Ouray Sportware** **1201 W. Mansfield Ave.** **Englewood, CO 80110** | X | J | | Guaranty of Business Debt | | | | 2,829.00 |
| Account No. 52 **Creditor #: 52** **Peoples Bank & Trust** **1221 W. Springfield Rd.** **Taylorville, IL 62568** | X | J | | Judgment in case 14-L-2 Circuit Court of Christian County  on Bank Note | | | | 50,000.00 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,565.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Melanie Kay Impastato,**
       **David Michael Impastato**                                        Case No. _____

_____,
                           Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| David R. Fines 402 East Market Street Taylorville, IL 62568 | | | Representing: Peoples Bank & Trust | | | | Notice Only |
| Account No. | | | Guaranty of Business Debt | | | | |
| Creditor #: 53 Powernet Global 8805 Governors Hill Drive  Suite 250 Cincinnati, OH 45249 | X | J | | | | | Unknown |
| Account No. | | | Guaranty of Business Debt | | | | |
| Creditor #: 54 Prairieland Golf & Utility Cars #1 Quest Drive Bloomington, IL 61704 | X | J | | | | | Unknown |
| Account No. | | | Guaranty of Business Debt | | | | |
| Creditor #: 55 Prestige Flag 591 Camino de la Reina #917 San Diego, CA 92108 | X | J | | | | | 296.40 |
| Account No. | | | Guaranty of Business Debt | | | | |
| Creditor #: 56 Pro Hosting PO Box 702 Midway Midway, UT 84049 | X | J | | | | | Unknown |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    296.40

B6F (Official Form 6F) (12/07) - Cont.

In re **Melanie Kay Impastato,**　　　　　　　　　　　　Case No. _____
**David Michael Impastato**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Guaranty of Business Debt | | | | |
| **Creditor #: 57** **Pro Pump** **6810 Enterprise Drive** **Delta, OH 43515** | X | | J | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Guaranty of Business Debt | | | | |
| **Creditor #: 58** **R&R Products** **3334 E. Milber St.** **Tucson, AZ 85714** | X | | J | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Guaranty of Business Debt | | | | |
| **Creditor #: 59** **R.P. Lumber** **200 East Mulberry** **Chatham, IL 62629** | X | | J | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Guaranty of Business Debt | | | | |
| **Creditor #: 60** **Reed Irrigation Services Inc** **659 E. Prairie Avenue** **Lombard, IL 60148** | X | | J | | | | | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Guaranty of Business Debt | | | | |
| **Creditor #: 61** **RJ Distributing Company** **410 High Point Lane** **East Peoria, IL 61611** | X | | J | | | | | |
| | | | | | | | | **Unknown** |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Melanie Kay Impastato,**
    **David Michael Impastato**                                            Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Creditor #: 62**<br>**Robert Chick Fritz,inc.**<br>**1000 W. Hazel Dell Lane**<br>**Springfield, IL 62703** | X | J | | Guaranty of Business Debt | | | | **Unknown** |
| Account No.<br>**Creditor #: 63**<br>**Robert Meacham Restaurant Cleaning**<br>**2626 Tozer Road**<br>**Springfield, IL 62707** | X | J | | Guaranty of Business Debt | | | | **Unknown** |
| Account No.<br>**Creditor #: 64**<br>**Ryan Electric**<br>**1305 W. Enos**<br>**Springfield, IL 62702** | X | J | | Guaranty of Business Debt | | | | **Unknown** |
| Account No.<br>**Creditor #: 65**<br>**Safety-Kleen**<br>**P.O. Box 650509**<br>**Dallas, TX 75265** | X | J | | Guaranty of Business Debt | | | | **Unknown** |
| Account No.<br>**Creditor #: 66**<br>**Scott & Scott**<br>**611 East Monroe Street**<br>**Springfield, IL 62701** | X | J | | Guaranty of Business Debt | | | | **6,000.00** |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **6,000.00**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Melanie Kay Impastato,**
     **David Michael Impastato**
_____,
                            Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Creditor #: 67 Service Master 2831 Farmers Market Road Springfield, IL 62704** | X | | J | Guaranty of Business Debt | | | | **Unknown** |
| Account No. **Creditor #: 68 Small Business Administration Fresno Service Center 801 R Street Fresno, CA 93721** | X | | J | Guaranty of defaulted Business loan to DMI Enterprises, LTD | | | | **1,153,000.00** |
| Account No. **Creditor #: 69 Soil Technologies Corp 2103 185th str Fairfield, IA 52556** | X | | J | Guaranty of Business Debt | | | | **Unknown** |
| Account No. **Creditor #: 70 South County Publications Po Box 50 110 North Fifth Street Auburn, IL 62615** | X | | J | Guaranty of Business Debt | | | | **150.00** |
| Account No. **Creditor #: 71 Southern Wine & Spirits of Illinois 2971 Paysphere Circle Chicago, IL 60674-2971** | X | | J | Guaranty of Business Debt | | | | **Unknown** |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,153,150.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Melanie Kay Impastato,**                                             Case No. _____
       **David Michael Impastato**
_____ ,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 72**<br>**Specialty Cigar International, Inc.**<br>**109 NW Greenwood Ave, Suite 105**<br>**Bend, OR 97701** | X | J | | **Guaranty of Business Debt** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 73**<br>**Spirit Leatherworks, LLC**<br>**PO Box 21507**<br>**Eugene, OR 97402** | X | J | | **Guaranty of Business Debt** | | | | **Unknown** |
| Account No.<br><br>**Creditor #: 74**<br>**Springfield Pepsi-Cola**<br>**2900 Singer Avenue**<br>**Springfield, IL 62703** | X | J | | **Guaranty of Business Debt** | | | | **1,000.00** |
| Account No. xxxxxxxxxxxx2543<br><br>**Creditor #: 75**<br>**Springleaf**<br>**Po Box 64**<br>**Evansville, IN 47701** | | H | | **Opened 7/20/06 Last Active 8/15/15**<br><br>**Check Credit Or Line Of Credit** | | | | **457.00** |
| Account No.<br><br>**Creditor #: 76**<br>**Springnet1, Inc.**<br>**6900 Preston Drive**<br>**Springfield, IL 62711** | X | J | | **Guaranty of Business Debt** | | | | **40.00** |

Sheet no. __**15**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **1,497.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Melanie Kay Impastato,**
**David Michael Impastato**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Guaranty of Business Debt | | | | |
| Creditor #: 77 **Staff Carpet.** **2527 north 5th street** **Springfield, IL 62702** | X | | J | | | | | |
| | | | | | | | | 8,000.00 |
| Account No. | | | | Guaranty of Business Debt | | | | |
| Creditor #: 78 **Sterling Cut Glass** **po box 75148** **Cincinnati, OH 45275** | X | | J | | | | | |
| | | | | | | | | 1,920.00 |
| Account No. | | | | Guaranty of Business Debt | | | | |
| Creditor #: 79 **Stoller Wholesale Distributing** **2881 Busse Road** **Arlington Heights, IL 60005** | X | | J | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Guaranty of Business Debt | | | | |
| Creditor #: 80 **Sun Mountain** **Po Box 7727** **Missoula, MT 59807** | X | | J | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | Guaranty of Business Debt | | | | |
| Creditor #: 81 **Tail, Inc.** **PO Box 98** **Columbus, GA 31902-0098** | X | | J | | | | | |
| | | | | | | | | Unknown |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,920.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Melanie Kay Impastato,**  Case No. _____
**David Michael Impastato**

_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Creditor #: 82**  **Team Golf**  **1540 Champion Dr.**  **Carrollton, TX 75006** | X | J | **Guaranty of Business Debt** | | | | **1,358.99** |
| Account No.  **Creditor #: 83**  **The Cit Group Commerical Services**  **PO Box 1036**  **Charlotte, NC 28201** | X | J | **Guaranty of Business Debt** | | | | **Unknown** |
| Account No.  **Creditor #: 84**  **The Cleaning Guy**  **650 West Lenox Ave.**  **Springfield, IL 62704** | X | J | **Guaranty of Business Debt** | | | | **Unknown** |
| Account No.  **Creditor #: 85**  **Tour Edge Golf Mfg., Inc.**  **1301 Pierson Drive**  **Batavia, IL 60510** | X | J | **Guaranty of Business Debt** | | | | **1,599.00** |
| Account No.  **Creditor #: 86**  **Tournament Solutions LLC**  **130 Centre Street**  **Danvers, MA 01923** | X | J | **Guaranty of Business Debt** | | | | **Unknown** |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,957.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Melanie Kay Impastato,**
**David Michael Impastato**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | J | Guaranty of Business Debt | | | | |
| **Creditor #: 87** **Turf Professionals Equipment Co.** **33665 Treasury Center** **Chicago, IL 60694** | | | | | | | | **Unknown** |
| Account No. | X | | J | Guaranty of Business Debt | | | | |
| **Creditor #: 88** **U.S. Kids Golf** **PO Box 116349** **Atlanta, GA 30368** | | | | | | | | **Unknown** |
| Account No. | X | | J | Guaranty of Business Debt | | | | |
| **Creditor #: 89** **Waste Management** **PO Box 4648** **Carol Stream, IL 60197** | | | | | | | | **Unknown** |
| Account No. | X | | J | Guaranty of Business Debt | | | | |
| **Creditor #: 90** **West Coast Trends, Inc.** **17811 Jamestown Lane** **Huntington Beach, CA 92647** | | | | | | | | **Unknown** |
| Account No. | X | | J | Guaranty of Business Debt | | | | |
| **Creditor #: 91** **Wirtz Beverage ILL** **PO box 809180** **Chicago, IL 60680** | | | | | | | | **718.87** |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **718.87**

Total
(Report on Summary of Schedules)  **3,278,006.78**

B6G (Official Form 6G) (12/07)

.

In re   **Melanie Kay Impastato,**                                         Case No. _____
        **David Michael Impastato**

_____,
                                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Melanie Kay Impastato,**   Case No. _____
   **David Michael Impastato**

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Small Business Administration**<br>**500 West Madison Street**<br>**Chicago, IL 60661** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Small Business Administration**<br>**Fresno Service Center**<br>**801 R Street**<br>**Fresno, CA 93721** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Acushnet Company Titleist**<br>**po box 88111**<br>**Chicago, IL 60695-1111** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Agricredit Acceptance LLC**<br>**po box 14535**<br>**Des Moines, IA 50306** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Agro -Logics LLC**<br>**2330 Weldon Parkway**<br>**Saint Louis, MO 63146** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Ace Hardware**<br>**214 N. Walnut Stree**<br>**Springfield, IL 62702** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Big R of Springfield**<br>**2804 North Dirksen PKWY**<br>**Springfield, IL 62702** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Battery Specialists**<br>**800 W. Springfield Rd**<br>**Taylorville, IL 62568** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Buttrey-Wulff-Mamminga Agency**<br>**355 First St. PO Box 580**<br>**Batavia, IL 60510** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **AM&E**<br>**606 South Hacienda**<br>**Tempe, AZ 85281** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Callaway Golf**<br>**PO Box 9002**<br>**Carlsbad, CA 92018-9000** |

**5**
____ continuation sheets attached to Schedule of Codebtors

In re    **Melanie Kay Impastato,**
      **David Michael Impastato**
                           Case No. _____

_____,
                  Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Cap America, Inc.**<br>**PO box 840176**<br>**Kansas City, MO 64184** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Chase**<br>**po box 15548**<br>**Wilmington, DE 19886-5548** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Frontier**<br>**PO box 20550**<br>**Rochester, NY 14602** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Gagne Distributing**<br>**1617 W. Spresser**<br>**Taylorville, IL 62568** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **George Alarm Co.**<br>**917 South Ninth**<br>**Springfield, IL 62703** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **GORDON FOOD SERVICE**<br>**DEPT 10490**<br>**Palatine, IL 60055-0490** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Hamiltons Catering Services inc.**<br>**Box 177**<br>**Franklin, IL 62638** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Helena Chemical Company**<br>**98324 Collection Center Dr.**<br>**Chicago, IL 60693** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Hornungs Golf Products, Inc.**<br>**P.O. Box 1078**<br>**Fond Du Lac, WI 54936** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **IDES**<br>**PO BOX 3637**<br>**Springfield, IL 62708** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **IL National Bank**<br>**322 E. Capitol Ave.**<br>**Springfield, IL 62701** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Illinois Meter**<br>**4390 Jeffory St.**<br>**Springfield, IL 62703** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Irrigation & Turf equipment**<br>**2725 N. State**<br>**PO Box 43**<br>**Iola, KS 66749** |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

In re   **Melanie Kay Impastato,**
**David Michael Impastato**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **John Deere Financial**<br>**Acct. Dept.-ALP Processing**<br>**PO BOX 6600**<br>**Johnston, IA 50131** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Masco Packaging**<br>**306 North Street**<br>**Springfield, IL 62704** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Mel O Cream Donuts**<br>**227 E. Laurel**<br>**Springfield, IL 62704** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Mickey's Linen**<br>**196 North Dearborn Ave kankakee IL.** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **John Klemm**<br>**7112 Piper Glen Dr. Springfield, IL** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **MTI Distributing inc.**<br>**1900 P.O. Box 86**<br>**Minneapolis, MN 55486** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Nelson Oil Company, Inc.**<br>**4001 Walnut Street Road**<br>**Springfield, IL 62707** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Neuhoff Media Springfield**<br>**Po Box 6493**<br>**Springfield, IL 62708** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Noonans Grand Rental**<br>**3031 S. Koke Mill Road**<br>**Springfield, IL 62701** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Powernet Global**<br>**8805 Governors Hill Drive**<br>** Suite 250**<br>**Cincinnati, OH 45249** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Prairieland Golf & Utility Cars**<br>**#1 Quest Drive**<br>**Bloomington, IL 61704** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Prestige Flag**<br>**591 Camino de la Reina #917**<br>**San Diego, CA 92108** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Pro Hosting**<br>**PO Box 702 Midway**<br>**Midway, UT 84049** |

Sheet __**2**__ of __**5**__ continuation sheets attached to the Schedule of Codebtors

In re   **Melanie Kay Impastato,**                                  Case No. _____
    **David Michael Impastato**

                                Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Pro Pump**<br>**6810 Enterprise Drive**<br>**Delta, OH 43515** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **R&R Products**<br>**3334 E. Milber St.**<br>**Tucson, AZ 85714** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **R.P. Lumber**<br>**200 East Mulberry**<br>**Chatham, IL 62629** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Reed Irrigation Services Inc**<br>**659 E. Prairie Avenue**<br>**Lombard, IL 60148** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **RJ Distributing Company**<br>**410 High Point Lane**<br>**East Peoria, IL 61611** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Robert Chick Fritz,inc.**<br>**1000 W. Hazel Dell Lane**<br>**Springfield, IL 62703** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Robert Meacham Restaurant Cleaning**<br>**2626 Tozer Road**<br>**Springfield, IL 62707** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Ryan Electric**<br>**1305 W. Enos**<br>**Springfield, IL 62702** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Safety-Kleen**<br>**P.O. Box 650509**<br>**Dallas, TX 75265** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Scott & Scott**<br>**611 East Monroe Street**<br>**Springfield, IL 62701** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Service Master**<br>**2831 Farmers Market Road**<br>**Springfield, IL 62704** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Soil Technologies Corp**<br>**2103 185th str**<br>**Fairfield, IA 52556** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **South County Publications**<br>**Po Box 50 110 North Fifth Street**<br>**Auburn, IL 62615** |

Sheet   **3**   of   **5**   continuation sheets attached to the Schedule of Codebtors

In re   **Melanie Kay Impastato,**                            Case No. _____

       **David Michael Impastato**

                                   Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Southern Wine & Spirits of Illinois**<br>**2971 Paysphere Circle**<br>**Chicago, IL 60674-2971** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Specialty Cigar International, Inc.**<br>**109 NW Greenwood Ave, Suite 105**<br>**Bend, OR 97701** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Spirit Leatherworks, LLC**<br>**PO Box 21507**<br>**Eugene, OR 97402** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Springfield Pepsi-Cola**<br>**2900 Singer Avenue**<br>**Springfield, IL 62703** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Springnet1, Inc.**<br>**6900 Preston Drive**<br>**Springfield, IL 62711** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Staff Carpet.**<br>**2527 north 5th street**<br>**Springfield, IL 62702** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Sterling Cut Glass**<br>**po box 75148**<br>**Cincinnati, OH 45275** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Stoller Wholesale Distributing**<br>**2881 Busse Road**<br>**Arlington Heights, IL 60005** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Sun Mountain**<br>**Po Box 7727**<br>**Missoula, MT 59807** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Tail, Inc.**<br>**PO Box 98**<br>**Columbus, GA 31902-0098** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Team Golf**<br>**1540 Champion Dr.**<br>**Carrollton, TX 75006** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **The Cit Group Commerical Services**<br>**PO Box 1036**<br>**Charlotte, NC 28201** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Tour Edge Golf Mfg., Inc.**<br>**1301 Pierson Drive**<br>**Batavia, IL 60510** |

Sheet __**4**__ of __**5**__ continuation sheets attached to the Schedule of Codebtors

In re **Melanie Kay Impastato,**                 Case No. _____
      **David Michael Impastato**

                                              ,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Tournament Solutions LLC**<br>**130 Centre Street**<br>**Danvers, MA 01923** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **U.S. Kids Golf**<br>**PO Box 116349**<br>**Atlanta, GA 30368** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Waste Management**<br>**PO Box 4648**<br>**Carol Stream, IL 60197** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **West Coast Trends, Inc.**<br>**17811 Jamestown Lane**<br>**Huntington Beach, CA 92647** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Wirtz Beverage ILL**<br>**PO box 809180**<br>**Chicago, IL 60680** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Ouray Sportware**<br>**1201 W. Mansfield Ave.**<br>**Englewood, CO 80110** |
| **DMI Enterprises, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **The Cleaning Guy**<br>**650 West Lenox Ave.**<br>**Springfield, IL 62704** |
| **DMI Properties, Inc.**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Peoples Bank & Trust**<br>**1221 W. Springfield Rd.**<br>**Taylorville, IL 62568** |

Sheet   **5**   of   **5**   continuation sheets attached to the Schedule of Codebtors

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Melanie Kay Impastato** |
| Debtor 2 (Spouse, if filing) | **David Michael Impastato** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | **President** | **Director of Golf Operations** |
| Employer's name | **Claims Processing Facility** | **Coghill Golf** |
| Employer's address | **1771 W. Diehl Rd.<br>Naperville, IL** | **12294 Archer Avenue<br>Lemont, IL 60439** |
| How long employed there? | 1 year | 10 months |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **19,068.76** | $ **8,040.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **19,068.76** | $ **8,040.00** |

Debtor 1  **Melanie Kay Impastato**
Debtor 2  **David Michael Impastato**

Case number (*if known*) _____

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **Copy line 4 here** | 4. | $ | 19,068.76 | $ 8,040.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 4,574.00 | $ 1,718.03 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 600.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 392.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify:  **Payments on 401k loan** | 5h.+ | $ 959.86 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 6,525.86   $ 1,718.03

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 12,542.90   $ 6,321.97

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 12,542.90  + $ 6,321.97  = $ 18,864.87
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.  + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12.  $ 18,864.87

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 __**Melanie Kay Impastato**__

Debtor 2 __**David Michael Impastato**__
(Spouse, if filing)

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses
**12/13**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    ■ No

    ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.    ■ Yes.   Fill out this information for each dependent..............

    Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **10** | ☐ No  ■ Yes |
| **Son** | **12** | ☐ No  ■ Yes |
| **Daughter** | **15** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ■ No

    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | Your expenses |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ _____ **1,785.45**

    **If not included in line 4:**

| 4a. | Real estate taxes | 4a. $ | **0.00** |
|---|---|---|---|
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **146.25** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **250.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **1,033.00** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Melanie Kay Impastato** | | |
| Debtor 2 | **David Michael Impastato** | Case number (if known) | |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 270.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 460.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 2,000.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 2,200.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 500.00 |
| 10. | **Personal care products and services** | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 200.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 1,100.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 100.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 150.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 368.91 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 890.68 |
| | 17c. Other. Specify: **vehicle 3** | 17c. | $ | 941.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 146.25 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. | $ | 12,541.54 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 18,864.87 |
| | 23b. Copy your monthly expenses from line 22 above. | 23b. | -$ | 12,541.54 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 6,323.33 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Melanie Kay Impastato**
    **David Michael Impastato**

Case No. _____

Debtor(s)

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**41**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **September 22, 2015**

Signature    **/s/ Melanie Kay Impastato**
             **Melanie Kay Impastato**
             Debtor

Date    **September 22, 2015**

Signature    **/s/ David Michael Impastato**
             **David Michael Impastato**
             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Melanie Kay Impastato**
     **David Michael Impastato**
_____ Case No. _____
                                                 Debtor(s)                    Chapter    **7**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $158,693.88 | **2015 YTD: Debtor Claims Processing Facility** |
| $255,566.90 | **2014: Debtor Claims Processing Facility** |
| $211,960.24 | **2013: Debtor Claims Processing Facility** |
| $109,030.00 | **2015 YTD: Joint Dbt Coghill Golf** |
| $22,500.00 | **2014: Joint Dbt Coghill Golf** |
| $9,807.00 | **2013: Joint Dbt Business Income** |
| $13,076.92 | **Joint Debtor Business Income (DMI Enterprises, LTD)** |

B7 (Official Form 7) (04/13)
2

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT            SOURCE

---

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lynn Bach vs.Melanie Impastato 2012 L 569** | **Personal Injury** | **Circuit court of Kane County** | **Discovery** |
| **People's Bank and Trust v. DMI Properties et. al 14- L-2** | **Contract** | **Circuit Court of Christian County Illinois** | **Default Judgmet v Co-Debtor** |
| **Illinois National Bank v. DMI Enterprises, et. al. 2015- CH 314** | **Foreclosure** | **Circuit Court of Sangamon County Illinois** | **Pleadings / receiver order** |

---

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John S. Biallas, Attorney At Law 3N918 Sunrise lane St. Charles, IL 60174** | **8/2015** | **2500 plus costs** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                    NAME USED                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                    DOCKET NUMBER                    STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **DMI Enterprises, Inc.** | **37-1367106** | **2334 Collins Court Batavia, IL 60510** | **Golf Course management** | **2012 to date** |
| **DMI Properties, Inc.** | **20-5991626** | **2334 Collins Rd. Batavia, IL 60510** | **Propery managemnt** | |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                 DATES SERVICES RENDERED
**Brian Bates**
**450 N. Main Plaza**
**Chatham, IL 62629**

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                            ADDRESS

B7 (Official Form 7) (04/13)
7

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **David Impastato**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **President of oboth corporations** | **100% of common stock of DMI Properties, Inc.**<br>**50% of commonstock of DMI Enterprises, LTD** |
| **Melanie Kay Impastato**<br>**2334 Collins Court**<br>**Batavia, IL 60510** | **Secretary of Both corporations** | **50% of stock in DMI Enterprises, LTD** |

## 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23 . Withdrawals from a partnership or distributions by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR<br>**None** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
8

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**September 22, 2015**__        Signature  __**/s/ Melanie Kay Impastato**__
                                                    **Melanie Kay Impastato**
                                                    Debtor

Date  __**September 22, 2015**__        Signature  __**/s/ David Michael Impastato**__
                                                    **David Michael Impastato**
                                                    Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Melanie Kay Impastato**
         **David Michael Impastato**          Case No. _____

                        Debtor(s)      Chapter    **7** _____

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>**Gm Financial** | **Describe Property Securing Debt:**<br>**2015 Cadillac SRX4** |
|---|---|

Property will be (check one):
☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt          ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>**Jpm Chase** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**Location: 2334 Collins Court, Batavia IL 60510** |
|---|---|

Property will be (check one):
☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt          ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                     Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Mortgage Service Cente** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**Location: 2334 Collins Court, Batavia IL 60510** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**West Central Bank** | **Describe Property Securing Debt:**<br>**2015 Chevrolet Tahoe**<br>**Location: 2334 Collins Court, Batavia IL 60510** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**West Central Bank** | **Describe Property Securing Debt:**<br>**2012 Toyota Corolla**<br>**Location: 2334 Collins Court, Batavia IL 60510** |

Property will be (check one):

☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 3

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **September 22, 2015**                    Signature   **/s/ Melanie Kay Impastato**
                                                            **Melanie Kay Impastato**
                                                            Debtor

Date  **September 22, 2015**                    Signature   **/s/ David Michael Impastato**
                                                            **David Michael Impastato**
                                                            Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re **Melanie Kay Impastato**
**David Michael Impastato**

Debtor(s)

Case No. _____

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **2,500.00** |
| Prior to the filing of this statement I have received | $ **2,500.00** |
| Balance Due | $ **0.00** |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **September 22, 2015**

**/s/ John S. Biallas**
**John S. Biallas 00203890**
**John S. Biallas, Attorney At Law**
**3N918 Sunrise lane**
**St. Charles, IL 60174**
**630-513-7878  Fax: 630-578-0426**
**jsb70@comcast.net**

# RETAINER AND BILLING AGREEMENT
## FOR PROFESSIONAL SERVICES RENDERED IN
## A PERSONAL CHAPTER 7 BANKRUPTCY

The undersigned hereby agree(s) to retain John S. Biallas, Attorney at Law of St. Charles, Illinois as Bankruptcy Counsel and to pay the following retainer / fee credit and costs for the filing of a Chapter 7 Bankruptcy Proceeding, with such sums due before the case shall be filed, or according to such terms and conditions agreed to by the parties in advance:

|   |   |
|---|---|
| Total Fee (not including costs): | $ 2,500.00 |
| Cost Deposit | $ 481.00 |
| Amount Due prior to filing: | $ 2,981.00 |

John S. Biallas agrees to represent the client in the Bankruptcy proceeding and to appear at all necessary hearings and proceedings required to accomplish this end.  The Clients acknowledge that necessary continuances of some of these proceedings may be needed to facilitate scheduling of these matters so as to resolve conflicts in scheduling.

All fees shall be subject to the approval of the Bankruptcy Court under the provisions of the United States Bankruptcy Code.

The fees and costs set out above are due in advance prior to any work being performed.  Once work on the schedules to be filed in the case is completed, whether or not the case is filed, ½ of the Total Fee shall be deemed earned by John S. Biallas. Once the case is filed with the US Bankruptcy Court the balance of the fees are also deemed earned. The client may request a refund of any un-earned fees or unexpended cost deposit prior to either event.

If any Adversary Proceedings or other supplemental cases are filed in this Bankruptcy proceeding either by or against the Client(s) with regard to the issue of the dischargeability of any debt(s), the Client(s) agree to pay an additional trial retainer of $2,500.00, payable prior to the filing of the initial pleading or the appearance required in that proceeding. All Legal services in these supplemental proceedings shall be billed at the rate of $450.00 per hour.  Invoices for these charges shall be billed to the client for prompt payment on a monthly basis.

If these monthly billings are not paid, it is understood that John S. Biallas will be free to withdraw from any proceeding, with the permission of the Court.

AGREED BY CLIENT(S):

Printed name: _Melanie + David Impastato_        Printed name: _David Impastato_

x _Melanie L. Impastato_                          x _Dvid M. Impastato_

x _John S Biallas_                    Dated: _8/22/2015_

**JOHN S. BIALLAS**
3 N 918 Sunrise Lane
St. Charles, Ill 60174
630-513-7878

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Melanie Kay Impastato**
        **David Michael Impastato**                                    Case No.
                              Debtor(s)                      Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Melanie Kay Impastato** | X **/s/ Melanie Kay Impastato** | **September 22, 2015** |
|---|---|---|
| **David Michael Impastato** | | |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X **/s/ David Michael Impastato** | **September 22, 2015** |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Melanie Kay Impastato**
**David Michael Impastato**

Case No. _____

Debtor(s)      Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **100**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 22, 2015**                    **/s/ Melanie Kay Impastato**
                                                  **Melanie Kay Impastato**
                                                  Signature of Debtor

Date:   **September 22, 2015**                    **/s/ David Michael Impastato**
                                                  **David Michael Impastato**
                                                  Signature of Debtor

Ace Hardware
214 N. Walnut Stree
Springfield, IL 62702

Acushnet Company Titleist
po box 88111
Chicago, IL 60695-1111

Agricredit Acceptance LLC
po box 14535
Des Moines, IA 50306

Agro -Logics LLC
2330 Weldon Parkway
Saint Louis, MO 63146

AHUS Global Trade Solutions
2400 Veteran's Blvd
Kenner, LA 70062

AM&E
606 South Hacienda
Tempe, AZ 85281

Battery Specialists
800 W. Springfield Rd
Taylorville, IL 62568

Big R of Springfield
2804 North Dirksen PKWY
Springfield, IL 62702

Buckhart Sand And Gravel
PO Box 347 Mechanicsburg
Mechanicsburg, IL 62545

Buttrey-Wulff-Mamminga Agency
355 First St. PO Box 580
Batavia, IL 60510

Callaway Golf
PO Box 9002
Carlsbad, CA 92018-9000

Cap America, Inc.
PO box 840176
Kansas City, MO 64184


Capital One
15000 Capital One Dr
Richmond, VA 23238


Chase
po box 15548
Wilmington, DE 19886-5548


Chase
PO BOX 24714
Columbus, OH 43224


Chase
Po Box 15298
Wilmington, DE 19850


Chatham Area Chamber of Commerce
320 N Main Plz.
Chatham, IL 62629


CheckPoint Tire & Service Center
23 Cottonwood Drive
Chatham, IL 62629


cleveland/srixon dept 3355
Po box 123355 Dallas, tx.
Dallas, TX 75312-3355


Coonrod & Associates, PC
450 N. Main Plz
Chatham, IL 62629


Cutter & Buck
PO Box 34855
Seattle, WA 98124


CWLP Cashiers Office Municipal Cent
300 S. 7th street Room 101
Springfield, IL 62757-0001

David R. Fines
402 East Market Street
Taylorville, IL 62568


Dex One
PO Box 9001401
Louisville, KY 40290


Direct TV
PO Box 6550
Englewood, CO 80155


DMI Enterprises, Inc.
2334 Collins Court
Batavia, IL 60510


E & F Distributing Company
PO Box 970
Springfield, IL 62705


Erb Turf Equipment, Inc.
1500 Boul Avemue
Belleville, IL 62226


Frontier
PO box 20550
Rochester, NY 14602


Gagne Distributing
1617 W. Spresser
Taylorville, IL 62568


George Alarm Co.
917 South Ninth
Springfield, IL 62703


Gm Financial
Po Box 181145
Arlington, TX 76096


GORDON FOOD SERVICE
DEPT 10490
Palatine, IL 60055-0490

Hamiltons Catering Services inc.
Box 177
Franklin, IL 62638


Helena Chemical Company
98324 Collection Center Dr.
Chicago, IL 60693


Hornungs Golf Products, Inc.
 P.O. Box 1078
Fond Du Lac, WI 54936


IDES
PO BOX 3637
Springfield, IL 62708


IL National Bank
322 E. Capitol Ave.
Springfield, IL 62701


Illinois Meter
4390 Jeffory St.
Springfield, IL 62703


Irrigation & Turf equipment
2725 N. State
PO Box 43
Iola, KS 66749


John Deere Financial
Acct. Dept.-ALP Processing
PO BOX 6600
Johnston, IA 50131


John Klemm
7112 Piper Glen Dr. Springfield, IL


Jpm Chase
Po Box 24696
Columbus, OH 43224


Lynn Bach
C/O Attorney Jeffrey Kroll
22 W. Washington St.
Chicago, IL 60602

Masco Packaging
306 North Street
Springfield, IL 62704

Mel O Cream Donuts
227 E. Laurel
Springfield, IL 62704

Mickey's Linen
196 North Dearborn Ave kankakee IL.

Midwest Office Supply
3700 W. Wabash Ave
Springfield, IL 62708

MJ Kellner
5700 International Pkwy,
Springfield, IL 62711

Mortgage Service Cente
2001 Bishops Gate Blvd
Mount Laurel, NJ 08054

MTI Distributing inc.
1900 P.O. Box 86
Minneapolis, MN 55486

Napa auto parts
PO box 5066
Rockford, IL 61125

Navient
Po Box 9500
Wilkes Barre, PA 18773

Nelson Oil Company, Inc.
4001 Walnut Street Road
Springfield, IL 62707

Neuhoff Media Springfield
Po Box 6493
Springfield, IL 62708

Noonans Grand Rental
3031 S. Koke Mill Road
Springfield, IL 62701


Ouray Sportware
1201 W. Mansfield Ave.
Englewood, CO 80110


Peoples Bank & Trust
1221 W. Springfield Rd.
Taylorville, IL 62568


Powernet Global
8805 Governors Hill Drive
 Suite 250
Cincinnati, OH 45249


Prairieland Golf & Utility Cars
#1 Quest Drive
Bloomington, IL 61704


Prestige Flag
591 Camino de la Reina #917
San Diego, CA 92108


Pro Hosting
PO Box 702 Midway
Midway, UT 84049


Pro Pump
6810 Enterprise Drive
Delta, OH 43515


R&R Products
3334 E. Milber St.
Tucson, AZ 85714


R.P. Lumber
200 East Mulberry
Chatham, IL 62629


Receivables Management Corp.
400 West Cummings Park
ste 4450
Woburn, MA 01801

Reed Irrigation Services Inc
659 E. Prairie Avenue
Lombard, IL 60148

RJ Distributing Company
410 High Point Lane
East Peoria, IL 61611

Robert Chick Fritz,inc.
1000 W. Hazel Dell Lane
Springfield, IL 62703

Robert Meacham Restaurant Cleaning
2626 Tozer Road
Springfield, IL 62707

Ryan Electric
1305 W. Enos
Springfield, IL 62702

Safety-Kleen
P.O. Box 650509
Dallas, TX 75265

Scott & Scott
611 East Monroe Street
Springfield, IL 62701

Service Master
2831 Farmers Market Road
Springfield, IL 62704

Small Business Administration
Fresno Service Center
801 R Street
Fresno, CA 93721

Soil Technologies Corp
2103 185th str
Fairfield, IA 52556

South County Publications
Po Box 50 110 North Fifth Street
Auburn, IL 62615

Southern Wine & Spirits of Illinois
2971 Paysphere Circle
Chicago, IL 60674-2971


Specialty Cigar International, Inc.
109 NW Greenwood Ave, Suite 105
Bend, OR 97701


Spirit Leatherworks, LLC
PO Box 21507
Eugene, OR 97402


Springfield Pepsi-Cola
2900 Singer Avenue
Springfield, IL 62703


Springleaf
Po Box 64
Evansville, IN 47701


Springnet1, Inc.
6900 Preston Drive
Springfield, IL 62711


Staff Carpet.
2527 north 5th street
Springfield, IL 62702


Sterling Cut Glass
po box 75148
Cincinnati, OH 45275


Stoller Wholesale Distributing
2881 Busse Road
Arlington Heights, IL 60005


Sun Mountain
Po Box 7727
Missoula, MT 59807


Tail, Inc.
PO Box 98
Columbus, GA 31902-0098

Team Golf
1540 Champion Dr.
Carrollton, TX 75006


The Cit Group Commerical Services
PO Box 1036
Charlotte, NC 28201


The Cleaning Guy
650 West Lenox Ave.
Springfield, IL 62704


Tour Edge Golf Mfg., Inc.
1301 Pierson Drive
Batavia, IL 60510


Tournament Solutions LLC
130 Centre Street
Danvers, MA 01923


Turf Professionals Equipment Co.
33665 Treasury Center
Chicago, IL 60694


U.S. Kids Golf
 PO Box 116349
Atlanta, GA 30368


Waste Management
PO Box 4648
Carol Stream, IL 60197


West Central Bank
400 E Buchanan St
Ashland, IL 62612


West Central Bank
400 E Buchanan St
Ashland, IL 62612


West Coast Trends, Inc.
17811 Jamestown Lane
Huntington Beach, CA 92647

```
Wirtz Beverage ILL
PO box 809180
Chicago, IL 60680
```

**Fill in this information to identify your case:**

Debtor 1    **Melanie Kay Impastato**

Debtor 2    **David Michael Impastato**
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern District of Illinois

Case number
(if known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 22A - 1
# Chapter 7 Statement of Your Current Monthly Income
12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

**Part 1:**    **Calculate Your Current Monthly Income**

1.  **What is your marital and filing status?** Check one only.

    ☐ **Not married**. Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

    ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2.  **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3.  **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4.  **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5.  **Net income from operating a business, profession, or farm**

|  |  |  |  |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm $ _____ | **Copy here ->** $ _____ | | $ _____ |

6.  **Net income from rental and other real property**

|  |  |  |  |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property $ _____ | **Copy here ->** $ _____ | | $ _____ |

| 7.  **Interest, dividends, and royalties** | $ _____ | $ _____ |

Debtor 1  **Melanie Kay Impastato**
Debtor 2  **David Michael Impastato**

Case number (*if known*) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ............................................................ $ _____

For your spouse .............................................. $ _____

| | | |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $ _____ | $ _____ |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| | | |
|---|---|---|
| 10a. _____ | $ _____ | $ _____ |
| 10b. _____ | $ _____ | $ _____ |
| 10c.  Total amounts from separate pages, if any. | + $ _____ | $ _____ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly income**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ............................ **Copy line 11 here=>**  12a. $ _____

Multiply by 12 (the number of months in a year)  **x 12**

12b. The result is your annual income for this part of the form  12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.  _____

Fill in the number of people in your household.  _____

Fill in the median family income for your state and size of household. ............  13. $ _____

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X /s/ Melanie Kay Impastato**  **X /s/ David Michael Impastato**
**Melanie Kay Impastato**  **David Michael Impastato**
Signature of Debtor 1  Signature of Debtor 2

Date  **September 22, 2015**  Date  **September 22, 2015**
MM / DD / YYYY  MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

<table>
<tr><td colspan="2">Fill in this information to identify your case:</td></tr>
</table>

Fill in this information to identify your case:

Debtor 1 __Melanie Kay Impastato__

Debtor 2 __David Michael Impastato__
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern District of Illinois__

Case number
(if known) _____

☐ Check if this is an amended filing

# Official Form 22A - 1Supp
# Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

## Part 1:     Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ■ No.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes.  Go to Part 2.

## Part 2:     Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
   10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

     ☐ No.   Go to line 3.

     ☐ Yes.  Go to Form 22A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

     ☐ No.   Complete Form 22A-1. Do not submit this supplement.

     ☐ Yes.  Check any one of the following categories that applies:

       ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

       ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ ,which is fewer than 540 days before I file this bankruptcy case.

       ☐ **I am performing a homeland defense activity for at least 90 days.**

       ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____ ,which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. you are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(@)(D)(ii).

   If your exclusion period ends  before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1  **Melanie Kay Impastato**

Debtor 2  **David Michael Impastato**
(Spouse, if filing)

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(if known)

**Check one box only as directed in this form and in Form 22A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 22A - 1
# Chapter 7 Statement of Your Current Monthly Income
12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

## Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. **Net income from operating a business, profession, or farm** | | |
| Gross receipts (before all deductions)  $ _____ | | |
| Ordinary and necessary operating expenses  -$ _____ | | |
| Net monthly income from a business, profession, or farm $ _____  **Copy here ->** | $ _____ | $ _____ |
| 6. **Net income from rental and other real property** | | |
| Gross receipts (before all deductions)  $ _____ | | |
| Ordinary and necessary operating expenses  -$ _____ | | |
| Net monthly income from rental or other real property  $ _____  **Copy here ->** | $ _____ | $ _____ |
| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |

Debtor 1  **Melanie Kay Impastato**
Debtor 2  **David Michael Impastato** _____

Case number (*if known*) _____

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| **8. Unemployment compensation** | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ............................................... $ _____

For your spouse .................................. $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.

$ _____   $ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

10a. _____   $ _____   $ _____

10b. _____   $ _____   $ _____

10c. Total amounts from separate pages, if any.   + $ _____   $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly income**

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .................... **Copy line 11 here=>**   12a. $ _____

Multiply by 12 (the number of months in a year)   **x 12**

12b. The result is your annual income for this part of the form   12b. $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [ _____ ]

Fill in the number of people in your household.   [ _____ ]

Fill in the median family income for your state and size of household. ..............   13. $ _____

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Melanie Kay Impastato** _____   X **/s/ David Michael Impastato** _____
**Melanie Kay Impastato**   **David Michael Impastato**
Signature of Debtor 1   Signature of Debtor 2

Date **September 22, 2015** _____   Date **September 22, 2015** _____
MM / DD / YYYY   MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Melanie Kay Impastato |
| Debtor 2 (Spouse, if filing) | David Michael Impastato |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 22A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)     12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

---

**Part 1:**     Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

   ■ No.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

   ☐ Yes.  Go to Part 2.

---

**Part 2:**     Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.  Go to Form 22A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 22A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.   Complete Form 22A-1. Do not submit this supplement.

      ☐ Yes.  Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ ,which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____ ,which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 22A-1. you are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(@)(D)(ii).
>
> If your exclusion period ends  before your case is closed, you may have to file an amended form later.

---

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy